### Harvey (alias Shorty) GLASS v. STATE.

#### 4 Div. 164.

Supreme Court of Alabama.

Oct. 10, 1940.

W. L. Lee and Alto V. Lee, III, both of Dothan, for petitioner.

Thos. S. Lawson, Atty. Gen., opposed.

KNIGHT, Justice.

This cause comes before us on petition of Harvey Glass for writ of certiorari to the Court of Appeals to review and revise the opinion and judgment of said Court in the case of Harvey Glass v. State, 29 Ala. App. 468, 198 So. 70.

Writ denied.

GARDNER, C. J., and THOMAS, and BROWN, JJ., concur.